FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 MAR 23 A 8: 03
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

-----------------DISTRICT OF MARYLAND-----------------

**UNITED STATES OF AMERICA**

v.

**WAIVER OF INDICTMENT**

**KEVIN SNIFFEN**

**CASE NUMBER: JKB-12-0127**

I, **Kevin Sniffen,** the above named defendant, who is charged with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, and being advised of the nature of the charge, the proposed Information, and of my rights, have waived in open court on March 30, 2012, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Kevin Sniffen
Defendant

Before _____
James K. Bredar
United States District Judge

___FILED ___ENTERED
___LODGED ___RECEIVED

APR 02 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY